**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**David Jerome TENSLEY, Jr.,**
**Defendant–Appellant.**

**No. 12–3216.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 24, 2013.

Filed: May 31, 2013.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

David Tensley directly appeals the sentence the district court[1] imposed after re-

voking his supervised release. His counsel has moved to withdraw and has filed a brief questioning the substantive reasonableness of Tensley's revocation sentence.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable revocation sentence. *See United States v. Miller,* 557 F.3d 910, 915–16 (8th Cir.2009) (discussing standards and procedures for reviewing district court's sentencing decision upon revocation of supervised release). Accordingly, we affirm. We also grant counsel's motion to withdraw.

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.